IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02709-BNB

LOUIS R. ESPINOSA, JR.,

    Plaintiff,

v.

SHERIFF JOHN COOKE,
CHIEF RICK DILL,
INVESTIGATOR JIM HAYWARD,
DEPUTY CHIEF STERLING GREESAMAN,
THELMA HIGGINS, Mailroom, and
NICOLE MORRILL, Mailroom,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Louis R. Espinosa, Jr., was confined at the Weld County Jail in Greeley, Colorado, when he initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order filed on December 28, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Espinosa to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Espinosa to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint in support of the motion seeking leave to proceed *in forma pauperis*. Mr. Espinosa was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On January 4, 2008, the copy of Magistrate Judge Boland's December 28 order that was mailed to Mr. Espinosa at the Weld County Jail address he provided was returned to the Court undelivered. The returned envelope is marked "RTS" and stamped "RETURN TO SENDER." A second stamp reads "RETURN TO SENDER" and a box marked "NO LONGER IN CUSTODY" is checked. Mr. Espinosa has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Espinosa has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiency in this action. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02709-BNB

Louis R. Espinosa, Jr.
Prisoner No. P00010948
Weld County Jail
2110 'O' Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/8/8

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk